UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DERNING,<br><br>   Plaintiff,<br><br> v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 25-cv-10498-RFL<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 3 |

   A status conference concerning Plaintiff's TRO Application (Dkt. No. 3) is set for **Tuesday, December 9, 2025, at 3:30 p.m.**, via Zoom. Zoom access is available at the following link: https://cand.uscourts.gov/judges/rfl/lin-rita-f. At the status conference, the parties should be prepared to discuss the timing of Defendants' response to the TRO Application, whether Defendants will voluntarily agree to maintain the status quo for a short period of time to permit consideration of Plaintiff's request on an adequate record and with sufficient briefing, and Defendants' position on converting the TRO to a preliminary injunction motion to heard on a longer timeline while maintaining the current status quo. The Clerk shall provide a courtesy copy of the Complaint, TRO Application, and this Order to Defendants' counsel via email.

   **IT IS SO ORDERED.**

Dated: December 8, 2025

                                 RITA F. LIN<br>
                                 United States District Judge

1