UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DERNING,<br><br>   Plaintiff,<br><br> v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 25-cv-10498-RFL<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION**<br><br>Re: Dkt. No. 18 |

 Plaintiff has filed an *ex parte* request for reconsideration of his application for a temporary restraining order. (Dkt. No. 18.) In his request, Plaintiff states that the County has placed fences and dirt mounds along the shoulder of Binford Road, in such a way that it blocks the right of way and makes it difficult for pedestrians to walk along the shoulder of the road. He has submitted photos taken along Binford Road as evidence.

 It is not entirely clear from the submitted photos to what extent portions of the right of way are blocked by any fences and dirt placed by the County. However, even if this factual ambiguity were resolved in Plaintiff's favor, it would not be grounds for reconsideration. Defendants are not required to clear every right of way obstruction on Binford Road before they may seek to clear the obstruction caused by Plaintiff's belongings. Furthermore, the County has raised separate public health and safety interests in avoiding vehicle fires along Binford Road and preventing debris from accumulating along the road and near the waterway. Given these interests, the request for reconsideration is **DENIED** for the reasons stated at the hearing.

 **IT IS SO ORDERED.**

Dated: December 23, 2025

                      RITA F. LIN<br>
                      United States District Judge