BRIAN E. WASHINGTON, COUNTY COUNSEL
Jacy C. Dardine, Deputy County Counsel (SBN 294294)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Ste. 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
Email: jacy.dardine@marincounty.gov

Attorneys for Defendants
COUNTY OF MARIN and
MICHAEL THOMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DERNING,<br><br>          Plaintiff,<br><br>       v.<br><br>MARIN COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>          Defendants. | Case No.: 3:25-cv-10498-RFL<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:        March 24, 2026<br>Time:        10:00 a.m.<br>Judge:       Honorable Rita F. Lin<br>Location:   Philip Burton Federal Bldg.<br>               Courtroom 15 – 18th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102 |

Defendants COUNTY OF MARIN, MARIN COUNTY SHERIFF'S OFFICE (erroneously sued as "Marin County Sheriff's Department"), and MICHAEL THOMPSON ("Defendants") hereby request the Court take judicial notice pursuant to Federal Rules of Evidence, Rule 201, of the following:

1.    On January 14, 2026, a judge of the Superior Court of California for the County of Marin issued an abatement warrant commanding Deputy Michael Thompson to remove the recreational vehicle with license plate number 5VOZ561 (VIN No. 1EUFC6Z13KB011247) located on Binford Road in unincorporated County of Marin.  *See* Abatement Warrant attached as **Exhibit A** to the Declaration of Michael Thompson In Support of Defendants' Motion to Dismiss.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
Case No. 3:25-cv-10498-RFL

2.    On January 22, 2026, Deputy Thompson executed the abatement warrant and removed the above-referenced recreational vehicle from Binford Road, which is owned by plaintiff Sean Derning, and is the subject of the instant litigation.

Courts may take judicial notice of certain facts "not subject to reasonable dispute" because it can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).  "Accordingly, a court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F. 3d 988, 999 (9th Cir. 2018) (internal quotation omitted).  "A court's official records are considered reliable public records not subject to reasonable dispute under the Federal Rules of Evidence." *Elliot v. Lions Gate Ent. Corp.*, 639 F. Supp.3d 1012 (C.D. Cal. 2022).  Moreover, a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (internal quotation omitted).

Accordingly, Defendants respectfully request that this Court take judicial notice of the above facts when considering Defendants' Motion to Dismiss.

Dated:  February 6, 2026

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN


By: /s/ Jacy C. Dardine

Jacy Dardine, Deputy County Counsel
Attorneys for Defendants
COUNTY OF MARIN, MARIN COUNTY
SHERIFF'S OFFICE and MICHAEL
THOMPSON

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
Case No. 3:25-cv-10498-RFL