Your Name: SEAN DERNING

Address: 1135 PORTER Street UNIT B
VALLEJO CA 94590

Phone Number: 628-285-7205

Email Address: _____

Pro Se Plaintiff

**FILED**

FEB 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka-McKinleyville

SEAN DERNING

Plaintiff,

v.

MARIN COUNTY SHERIFFS
DEPARTMENT et al

Defendant.

Case Number: 3:25-CV-10498-RFL

**NOTICE OF VOLUNTARY DISMISSAL OF**

[check one]

☑ **THIS ENTIRE CASE**

☐ **ONLY DEFENDANT** [name]

_____

JUDGE:

Hon. RITA LIN

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 02/17/2026      Signature: _____

Print Name: SEAN DERNING

NOTICE OF VOLUNTARY DISMISSAL

CASE NO.: _____

JDC TEMPLATE, UPDATED 11/2024